

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-76,164

### EX PARTE MICHAEL DAVID SPICER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 32649CR/A IN THE 40TH DISTRICT COURT
### FROM ELLIS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of aggravated sexual assault of a child and sentenced to thirty (30) years' confinement on each count.

Applicant contends that counsel rendered ineffective assistance because counsel failed to timely file a notice of appeal. We remanded this application to the trial court for findings of fact and conclusions of law.

The trial court has determined that appellate counsel was ineffective and that counsel's

deficient performance prejudiced Applicant. We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time appeal of the judgment of conviction in Case No. 32649CR/A from the 40th Judicial District Court of Ellis County. Applicant is ordered returned to that time at which may give a written notice of appeal so that may then, with the aid of counsel, obtain a meaningful appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Delivered: June 10, 2009
Do Not Publish